Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lori Murphy,<br><br>Plaintiff,<br><br>v.<br><br>Hammerman & Hultgren, P.C.,<br><br>Defendant. | No. CV 19-5358-PHX-ESW<br><br>JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

The Parties jointly request a referral of this case to a Magistrate Judge for a settlement Conference.

RESPECTFULLY SUBMITTED   April 23, 2020   .

  s/ Floyd W. Bybee
Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

   s/  John D. Lierman
Michael E. Hensley, #010915
John D. Lierman, #030588
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Office: (602) 263-1700
mhensley@jshfirm.com
jlierman@jshfirm.com

Attorneys for Defendant