**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lori Murphy, | No. CV-19-05358-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Hammerman & Hultgren PC, | |
| Defendant. | |

The Court has considered the parties' Joint Motion for Referral to Magistrate Judge for Settlement Conference (Doc. 21). General Order 20-20 has suspended all civil jury trials set to begin before June 1, 2020 and all trial specific deadlines until further order of the Court. General Order 20-15 recognizes specifically the national emergency precipitated by the COVID-19 virus which continues to exist in Arizona. Guidelines direct individuals at risk, including individuals age 60 and older, to distance themselves from people a minimum of six feet, work from home wherever possible, and avoid gatherings of ten or more people. The Center for Disease Control and Prevention ("CDC") and local health authorities have advised individuals to take precautions to reduce exposure to the COVID-19 virus and slow its spread for the public's health.

The Court finds that a settlement conference before a Magistrate Judge is not practicable at this time.

**IT IS ORDERED** denying without prejudice the parties' Joint Motion for Referral

to Magistrate Judge for Settlement Conference (Doc. 21).  The parties may re-urge their request upon the re-opening of civil trials.  The parties also may choose to engage the assistance of a private mediator should they so desire.

Dated this 5th day of May, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge